■ 1093 GROUP, LLC, Appellant, v TIME WARNER CABLE, INC., Respondent. [896 NYS2d 276]—Appeal from an order of the Erie County Court (Shirley Troutman, J.), entered December 12, 2008. The order granted the motion of defendant to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Sconiers and Pine, JJ.